IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN JAMES RODRIGUEZ,<br><br>　　　　Debtor.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Garnishee. | Case No. 1:24-MC-00021-SKO<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 1:20-CR-00122-JLT-SKO<br><br>(Doc. 10) |

　　　The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED THAT:

　　　1.　　Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on February 13, 2024, is hereby TERMINATED; and

　　　2.　　The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:   **November 12, 2025**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE